## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CORNELL COLE,

No. 3:19-CV-00691

       Petitioner,

(Chief Judge Brann)

  v.

THERESA DELBASO,

       Respondent.

## ORDER

### OCTOBER 1, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    The petition for writ of habeas corpus (Doc. 1) is **DENIED WITH PREJUDICE**.

2.    A certificate of appealability will not issue.

3.    The Clerk of Court is directed to close this case.

               BY THE COURT:


               *s/ Matthew W. Brann*
               Matthew W. Brann
               Chief United States District Judge